UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| LARRY RIDENOUR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUBBERMAID INCORPORATED and )<br>WAL-MART STORES, INC., )<br>)<br>Defendants. ) | CASE NO. 4:06-cv-56<br>JUDGE MATTICE<br>MAGISTRATE JUDGE CARTER |

## STIPULATION OF DISMISSAL

The parties, pursuant to Federal Rule of Civil Procedure 41(a), hereby file this stipulation to dismiss the Plaintiff's action without prejudice. Each party shall bear their own costs.

APPROVED FOR ENTRY:

*[signature]*
Larry Ridenour, pro se Plaintiff

*[signature]*
John R. Wingo, Esq. (BPR #16955)
John F. Teitenberg, Esq. (BPR #21940)
Frost Brown Todd, LLC
424 Church Street, Suite 1600
Nashville, TN 37219
(615) 251-5550
(615) 251-5551 (fax)
jwingo@fbtlaw.com
jteitenberg@fbtlaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing has been served via U.S. Mail, first class, postage prepaid to Larry Ridenour, 628 Flood Road, McMinnville, Tennessee, 37110, on this 2nd day of March, 2007.

                                            /s/ John R. Wingo

NSHLibrary 0074729.0544781 62984v.1